**Electronically Filed
Supreme Court
SCWC-11-0000763
03-FEB-2015
01:53 PM**

SCWC-11-0000763

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

NELSON A. CHUNG, Petitioner/Claimant-Appellant,

vs.

CITY AND COUNTY OF HONOLULU, DEPARTMENT OF PARKS AND RECREATION,
Respondent/Employer-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000763; CASE NO. AB 2008-558 (2-08-04079))

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for writ of certiorari was filed, see Hawai'i Revised Statutes § 602-59(a) (Supp. 2013); see also Hawai'i Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2012),

IT IS HEREBY ORDERED that Petitioner/Claimant-Appellant's application for writ of certiorari, filed January 28, 2015, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule 40.1(a) (2014) ("The

application shall be filed within thirty days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED:  Honolulu, Hawaiʻi, February 3, 2015.

R. Steven Geshell
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael W. Wilson

